**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7665**

RICO ANTWAN FAIR,

                    Petitioner – Appellant,

          v.

PATRICIA R. STANSBERRY, Warden,

                    Respondent– Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.  (1:10-cv-01025-LO-JFA)

Submitted: May 26, 2011              Decided:  May 31, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rico Antwan Fair, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Antwan Fair, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fair v. Stansberry, No. 1:10-cv-01025-LO-JFA (E.D. Va. filed Oct. 26, 2010; entered Oct. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2